UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA,  CASE NO.: 1:23-CR-11-DCN

    Plaintiff,

v.

TERRENCE ANDERSON,

    Defendant.

_____/

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised of my rights and the nature of the proposed charges against me. After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/17/2023

_____
TERRENCE ANDERSON
DEFENDANT

_____
BRIAN L. TANNEBAUM
COUNSEL TO TERRENCE ANDERSON


_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE