IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23CR011 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| TERRENCE ANDERSON, | ) | <u>UNITED STATES' UNOPPOSED</u> |
| | ) | <u>MOTION TO CONTINUE SENTENCING</u> |
| Defendant. | ) | |

Now comes the United States, by and through its attorneys, Carol M. Skutnik, Acting United States Attorney, and Brian McDonough, Assistant United States Attorney, and respectfully moves this Court to continue the sentencing hearing scheduled for February 4, 2025, because the government consulted with defense counsel, and the parties need additional time to prepare for sentencing in this fraud case, and Defendant had surgery.

The parties propose any of the following mutually agreeable dates: Monday, May 5, 2025; or Wednesday, May 7, 2025 (preferred). Should the Court require more information or have any questions, the parties would be available for a telephonic conference.

Respectfully submitted,

CAROL M. SKUTNIK
Acting United States Attorney

By: /s/ Brian M. McDonough
Brian M. McDonough (OH: 0072954)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3965
(216) 522-2403 (facsimile)
Brian.McDonough@usdoj.gov

*[Handwritten: Reset 5/7/25 @ 9:30 am]*

GRANTED: X   DENIED: ___
IT IS SO ORDERED.
*[Signed]* Donald C. Nugent 1/23/25
U.S. DISTRICT JUDGE